Bruce D. Praet   SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID PELÁEZ CHAVEZ, by and through successor in interest, ROSA LOPEZ CRIZ, and ROSA LOPEZ CRUZ, ESTELLA CHAVEZ CRUZ, D.D.PLL., L.S.P.L., individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, MICHAEL DIETRICK and DOES 1-25, inclusive,<br><br>Defendants. | NO. 4:22-cv-06715 DMR<br><br>**STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)**<br><br>**DATE:  February 1, 2023**<br>**TIME:  1:30 p.m.**<br>**CTRM: 4, 3rd Fl.**<br><br>**Hon. Donna M. Ryu** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record and respectfully requested that the Court briefly continue the Case Management Conference currently set for February 1, 2023, at 1:30 p.m. to February 15, 2023, at 1:30 p.m.  Good cause exists for this brief continuance because counsel for Defendants will be engaged in a jury  trial in the

///

///

///

matter of *King v. City of Fontana, et al.*, USDC Central District Case No. ED CV-01071 ODW (SHKx], beginning January 31, 2023, and anticipated to last through February 10, 2023.

DATED:  November 30, 2022	FERGUSON, PRAET & SHERMAN
	A Professional Corporation

	By:  /s/ Bruce D. Praet
	Bruce D. Praet, Attorneys for
	Defendants

DATED:  November 30, 2022	SCHWAIGER LAW FIRM

	By:  /s/ Izaak D. Schwaiger
	Izaak D. Schwaiger, Attorneys for
	Plaintiffs

    I certify that Plaintiffs' counsel, Izaak D. Schwaiger, has consented to the application of his /s/ signature to this document.

    /s/   Bruce D. Praet

Bruce D. Praet   SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID PELÁEZ CHAVEZ, by and through successor in interest, ROSA LOPEZ CRIZ, and ROSA LOPEZ CRUZ, ESTELLA CHAVEZ CRUZ, D.D.PLL., L.S.P.L., individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, MICHAEL DIETRICK and DOES 1-25, inclusive,<br><br>Defendants. | NO. 4:22-cv-06715 DMR<br><br>**ORDER (AS MODIFIED) re STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Current Date:**<br><br>DATE:  February 1, 2023<br>TIME:  1:30 p.m.<br>CTRM: 4, 3rd Fl.<br><br>**Proposed Date:**<br><br>DATE:  February 15, 2023<br>TIME:  1:30 p.m.<br>Oakland, Videoconference<br><br>**Hon. Donna M. Ryu** |

GOOD CAUSE having been shown, the Initial Case Management Conference currently set for February 1, 2023, at 1:30 p.m. is hereby continued to February 15, 2023, at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file a joint case management conference statement by February 8, 2023.

DATED: December 1, 2022

IT IS SO ORDERED AS MODIFIED

_____
Hon. Donna M. Ryu
United States Magistrate Judge