Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID PELÁEZ CHAVEZ, by and through successor in interest, ROSA LOPEZ CRIZ, and ROSA LOPEZ CRUZ, ESTELLA CHAVEZ CRUZ, D.D.PLL., L.S.P.L., individually,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, MICHAEL DIETRICK and DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | NO. 4:22-cv-06715 DMR<br><br>**ORDER (AS MODIFIED) RE STIPULATION AND REQUEST TO BRIEFLY CONTINUE DISPOSITIVE MOTION FILING AND HEARING DATE** |

GOOD CAUSE appearing, the filing date for dispositive motions is continued from July 3, 2024, to July 24, 2024, and the hearing date of August 8 2024, is continued to August 22, 2024, at 1:00 p.m. in Oakland, Videoconference

1

only.  By granting this joint request to modify the scheduling order, the court may not be able to issue an order on a Rule 56 motion prior to the parties' pretrial submission deadlines.

IT IS SO ORDERED AS MODIFIED.

DATED:   June  26 , 2024

_____
Honorable Donna M. Ryu
United States Chief Magistrate Judge