Bruce D. Praet   SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID PELÁEZ CHAVEZ, by and through successor in interest, ROSA LOPEZ CRIZ, and ROSA LOPEZ CRUZ, ESTELLA CHAVEZ CRUZ, D.D.PLL., L.S.P.L., individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, MICHAEL DIETRICK and DOES 1-25, inclusive, <br><br> Defendants. | NO. 4:22-cv-06715 DMR <br><br> **ORDER (AS MODIFIED) RE: STIPULATION AND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** <br><br> **Current Date:** <br><br> **DATE: July 31, 2024** <br> **TIME:  1:30 p.m.** <br> **CTRM: 4, [Via Zoom]** <br><br> **Proposed Date:** <br><br> **DATE: August 7, 2024** <br> **TIME:  1:30 p.m.** <br> **CTRM: 4, [Via Zoom]** <br><br> **Hon. Donna M. Ryu** |

GOOD CAUSE having been shown, the Further Case Management Conference set for July 31, 2024 at 1:30 p.m. is hereby continued to August 7, 2024 at 1:30 p.m. by video conference. Parties shall file an updated joint case management conference by July 31, 2024.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

DATED: July 3, 2024

_____
Hon. Donna M. Ryu
United States Chief Magistrate Judge